SDNY (NYC)
01-cr-826
Preska

CR

FILED SEP 26 2006 — UNITED STATES COURT OF APPEALS — SECOND CIRCUIT

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

**U.S.A.**
_____

**-against-**
**ABRAHAM ABDALLAH**
<u>Use short title</u>
_____

**06-2633-CR**
Docket Number
**MOTION INFORMATION FORM**
**MOTION FOR <u>To Withdraw</u>**
**<u>Appellant's Appeal.</u>**

**MOTION BY:**
LEE GINSBERG, ESQ.
Freeman, Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, NY 10007
(212) 608-0808

Has consent of opposing counsel:
A. been sought? [ ]Yes [x]No
B. been obtained?[ ]Yes [x]No
Has service been effected? [x] Yes [ ]No
Is oral argument desired?  [ ]Yes [x]No
(substantive motions only)
Requested return date:_____

Has argument date of appeal been set:
A. by scheduling eliminate Order?
[ ]Yes [x] No
B. by firm date/argument Notice?
[ ]Yes [x]No
C. If Yes, enter date:_____

**OPPOSING COUNSEL:**
John Streeter, ESQ.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY10007
(212)637-2200

**EMERGENCY MOTIONS, MOTION**
**FOR STAYS & INJUNCTIONS**
**PENDING APPEAL**
Has request for relief
been made below?  [ ]Yes [x]No
(See F.R.A.P. Rule 8)
Any previous request for similar
relief made to the 2nd Circuit?
[ ]Yes [x]No
Would expedited appeal
eliminate need for this motion?
[ ]Yes [x] No
If no, explain why not:

Will the parties agree to
maintain the status quo until
the motion is heard? [x]Yes []No

Judge or agency whose order is being appealed: <u>Honorable Loretta A. Preska</u>

**Brief statement of the relief requested:** Motion to Withdrawal Appellant's
Appeal.

By: LEE GINSBERG, ESQ.
_____

Date: September 25, 2006



ABRAHAM ABDALLAH
Appearing for: (Name of Party)
Appellant or Petitioner
[ ]Plaintiff [x] Defendant
Appellee or Respondent:
[ ]Plaintiff [ ] Defendant

_____**ORDER**_____

IT IS HEREBY ORDERED that the motion be and it hereby is granted ~~denied~~.

Date: 10/4/06
_____

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

By: by [signature]

Arthur M. Heller, Motions Staff Attorney

FILED Oct 04 2006 — UNITED STATES COURT OF APPEALS — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT