6009/EF:klh

Abrham Abdallah
01-CR-826-01(LAP)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

## THE COURT ORDERS:

[X]   Allow Probation To Expire As Scheduled on August 12, 2015.

[ ]   Other

_____
Signature of Judicial Officer

7/27/15
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-15